ACCEPTED
01-13-01027-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 12:06:55 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-13-01027-CR

RODNEY EUGENE MILUM      IN THE COURT OF APPEALS
     [Appellant]

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 12:06:55 PM
CHRISTOPHER A. PRINE
Clerk

§

VS.      §      OF THE FIRST

THE STATE OF TEXAS      §
     [Appellee]      SUPREME JUDICIAL DISTRICT

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW RODNEY EUGENE MILUM, Appellant, and files this motion for an extension in which to file his appellate brief. In support of this motion, Appellant shows the court the following:

The Appellant was found guilty of Sexual Assault of a Child on October 17, 2013. He was sentenced, by the jury to two years in the Texas Department of Criminal Justice with the recommendation that the sentence be probated. The trial court then assessed an eight year term of community supervision and assessed various conditions.

A written notice of appeal was filed on October 30, 2013.

Counsel for the Appellant was appointed and subsequently filed an *Anders* brief on June 9, 2014. Appellant filed a *pro se* brief alleging that there was error. After a review of the briefs and the record, this Court abated the appeal and ordered new counsel appointed. Counsel was appointed on November 21, 2014. A supplemental

reporter's record was filed on December 15, 2014. A late brief notice was distributed informing new counsel that the brief was late and a motion for extension or the brief were due by January 15, 2015. This is counsel's first request for an extension.

An extension of time is necessary so that counsel can adequately brief the issues presented.

Counsel makes almost daily court appearances and has been working on a novel statute of limitations argument that has taken a significant amount of research. The hearing on the Motion to Quash was set December 8, 2014 and was not concluded but continued for additional witnesses and case law.

Counsel was appointed right before the Thanksgiving holidays. While she did meet with former appellate counsel and her client during the holidays, she did very little else because she had family in for the holidays. Further, the Christmas holidays followed quickly and counsel generally takes time off to spend time with her children and family. Counsel worked only one day between December 23rd and January 2, 2015.

Counsel was preparing the brief for filing on January 15, 2015 when she became ill. Counsel came home from court on January 12th and went straight to bed. Counsel had three clients, on bond, in court for January 13th and all had to be reset at a great deal of inconvenience for the clients and the courts involved. This is the first time Counsel has had to cancel court in years.

Counsel is suffering from a cold and sore throat and anticipates that she will be

better with rest and fluids. Counsel is requesting that she be allowed to recover before continuing her work on the brief.

For these professional and personal reasons, counsel requests an extension to file her brief.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing the appellate brief to January 19, 2015.

RESPECTFULLY SUBMITTED,


_____/s/ *Deborah Summers*___
DEBORAH D. SUMMERS
State Bar No. 19505600
11210 Steeplecrest
Suite 120
Houston, Texas 77065
(281) 897-9600

ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE


This is to certify that a true and correct copy of the above and foregoing instrument has been furnished to the District Attorney's Office of Harris County, Texas, by faxing a copy to the District Attorney's on the 13th day of January.

_____/s/ *Deborah Summers*_____
DEBORAH D. SUMMERS

3

**CAUSE NO. 01-13-01027-CR**

| | | |
|---|---|---|
| RODNEY EUGENE MILUM<br>[Appellant] | | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | OF THE FIRST |
| | § | |
| THE STATE OF TEXAS<br>[Appellee] | | SUPREME JUDICIAL DISTRICT |

## **A F F I D A V I T**

COMES NOW Deborah Summers, before the undersigned authority, and swears to the following:

My name is Deborah Summers. I am the attorney of record in the above cause. The foregoing Appellant's Motion For Extension of Time to File Appellate Brief was prepared under my direction. Each and every factual allegation contained therein is true and correct.

*/s/ Deborah Summers*
Deborah Summers

4

**CAUSE NO. 01-13-01027-CR**

| | | |
|---|---|---|
| RODNEY EUGENE MILUM | | IN THE COURT OF APPEALS |
| [Appellant] | § | |
| | | |
| VS. | § | OF THE FIRST |
| | | |
| THE STATE OF TEXAS | § | |
| [Appellee] | | SUPREME JUDICIAL DISTRICT |

## **O R D E R**

On this the ____ day of _____, 2015, came to be heard Appellant's Motion for Extension of Time to File Appellate Brief, and it appears to the court that this motion should be:

_____

GRANTED

_____

DENIED

IT IS THEREFORE ORDERED that the time for filing the Appellate Brief in the above cause is extended to _____, 2015.

_____

JUDGE PRESIDING

5